UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE:  Application for Exemption from      )      Miscellaneous Business Docket
the Electronic Public Access Fees            )           No. 23-mc-91546-FDS
by Mr. Patrick Flaherty                             )
The Plymouth Independent                     )

## ORDER

This matter is before the Court upon the application and request by Mr. Patrick Flaherty of *The Plymouth Independent* for an exemption from the fees imposed by the Electronic Public Access Fee Schedule adopted by the Judicial Conference of the United States Courts.

The Court finds that Mr. Flaherty, an individual at *The Plymouth Independent*, a non-profit news organization falls within the class of users listed in the fee schedule as being eligible for a fee exemption.  Additionally, Mr. Flaherty has demonstrated that an exemption is necessary to avoid unreasonable burdens and to promote public access to information.  Mr. Flaherty at *The Plymouth Independent* shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this court that the news organization considers newsworthy.

Additionally, the following limitations apply:

i. this fee exemption applies only to Mr. Flaherty at *The Plymouth Independent* and is valid only for the purposes stated above;
ii. this fee exemption applies only to the electronic case files of this court that are available through the PACER system;
iii. by accepting this exemption, Mr. Flaherty at *The Plymouth Independent* agrees not to sell for profit any data obtained as a result of receiving this exemption;
iv. Mr. Flaherty at *The Plymouth Independent* is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution via internet-based databases;
v. this exemption is valid until December 31, 2028.

This exemption may be revoked at the discretion of the Court at any time.  A copy of this Order shall be sent to the PACER Service Center.

Dated:  February 9, 2024                           /s/ F. Dennis Saylor_____
                                                                    F. Dennis Saylor IV
                                                                    Chief Judge, United States District Court